FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JENNIFER E.,[1]

          Plaintiff,

   v.

FRANK BISIGNANO,
Commissioner of Social Security,

          Defendant.

No. 2:25-cv-00084-EFS

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties also agree that Plaintiff is entitled to reasonable attorney fees

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

ORDER - 1

and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Remand, **ECF No. 14**, is **GRANTED.**

2. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to: reassess the evidence; further consider the findings made in the prior decision pursuant to Acquiescence Ruling 97-4(9); offer the claimant the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision.

3. The Clerk's Office shall **TERM** the hearing and Plaintiff's brief, **ECF No. 10**, enter **JUDGMENT** in favor of Plaintiff, and **CLOSE** the case.

1
2  **IT IS SO ORDERED.** The Clerk's Office is directed to enter
3  this Order and provide copies to all counsel.
4  **DATED** this 19th day of August 2025.
5
6  *Edward F. Shea*
   EDWARD F. SHEA
7  Senior United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER - 3